**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | } } } | |
| | } | **CIVIL ACTION NO.** |
| **Plaintiff,** | } | |
| | } | **3:17-cv-01582** |
| **v.** | } | |
| | } | |
| **ATLAS ENERGY GROUP, LLC** | } | |
| | } | |
| | } | |
| **Defendant.** | } | |
| _____ | } | |

**PLAINTIFF EEOC'S DEPOSITION DESIGNATIONS**

The Plaintiff hereby designates deposition excerpts as follows:

**Bidal Salas**

| Page | Lines |
|---|---|
| 4 | 1-6 |
| 6 | 19-25 |
| 7 | 1-24 |
| 8 | 13-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 17-25 |
| 12 | 1-4 |
| 16 | 2-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-13, 21-25 |
| 21 | 16-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-2, 5-16, 19-25 |
| 25 | 1-25 |
| 26 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                                                 1

Bidal Salas (continued).

| Page | Line |
|------|------|
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-24 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-6 |
| 35 | 4-8, 25 |
| 36 | 1-12, 21-25 |
| 37 | 1-25 |
| 38 | 1-22 |
| 39 | 13-25 |
| 40 | 1-25 |
| 41 | 1-24 |
| 42 | 18-21 |
| 43 | 14-25 |
| 44 | 1, 4-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-6, 21-24 |
| 51 | 3-9, 10-25 |
| 52 | 1-25 |
| 53 | 1-2, 4-25 |
| 54 | 1, 6-25 |
| 55 | 1-13, 21-25 |
| 56 | 1-12, 22-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 22-25 |
| 60 | 1-12, 21-25 |
| 61 | 1-25 |
| 62 | 1-7, 19-22, 25 |
| 63 | 1-25 |
| 64 | 1-21, 25 |
| 65 | 1-4 |
| 66 | 10-12, 15-17, 19-25 |
| 67 | 1-14, 17-24 |
| 68 | 8-10, 13-14, 16-21 |
| 69 | 17-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                                          2

<u>Bidal Salas (continued).</u>

| <u>Page</u> | <u>Line</u> |
|------|------|
| 70 | 1-5, 7-8, 10-24 |
| 71 | 2-4, 6-14 |
| 73 | 8-21 |
| 75 | 15-25 |
| 76 | 1-5, 10-25 |
| 77 | 1-7, 9-22 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-25 |
| 81 | 1-14, 17-25 |
| 82 | 1-6 |
| 83 | 7-9 |
| 85 | 24-25 |
| 86 | 1-12 |
| 93 | 10-25 |
| 94 | 1-6 |
| 98 | 9-14, 21-25 |
| 99 | 1-15 |
| 103 | 9-25 |
| 104 | 1-12, 15-25 |
| 105 | 1-8 |
| 106 | 6-15, 22-25 |
| 107 | 1-25 |
| 108 | 1-25 |
| 109 | 1-25 |
| 110 | 1-25 |
| 111 | 1, 4-11, 15-25 |
| 112 | 1-22 |
| 113 | 14-25 |
| 114 | 1-22 |
| 115 | 4-25 |
| 116 | 1-25 |
| 117 | 6-25 |
| 118 | 1-25 |
| 119 | 1-22, 25 |
| 120 | 1-25 |
| 121 | 1-4 |
| 122 | 16-21 |
| 123 | 1-16 |
| 124 | 2-25 |
| 125 | 1-16 |
| 127 | 5-25 |

**EEOC'S DEPOSITION DESIGNATIONS**

Bidal Salas (continued).

| Page | Line |
|------|------|
| 128 | 1-25 |
| 129 | 1-20 |
| 130 | 1-25 |
| 131 | 1-25 |
| 132 | 1-25 |
| 133 | 11-22 |
| 135 | 24-25 |
| 136 | 1-23 |
| 137 | 1-13 |
| 138 | 14-21 |
| 139 | 24-25 |
| 140 | 1-12, 18-25 |
| 141 | 1-7, 21-25 |
| 142 | 1-7 |

**Johnnie Boris**

| Page | Lines |
|------|-------|
| 5 | 11-25 |
| 6 | 1-25 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-25 |
| 12 | 1-25 |
| 13 | 1-25 |
| 14 | 1-25 |
| 15 | 1-25 |
| 16 | 1-7, 9-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                                4

Johnnie Boris (continued).

| Page | Line |
|------|------|
| 28 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-9, 12-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-23 |
| 43 | 6-25 |
| 44 | 1-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1-25 |
| 58 | 1-22 |
| 59 | 3-25 |
| 60 | 1-25 |
| 61 | 1-25 |
| 62 | 1-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-25 |
| 66 | 1-25 |
| 67 | 1-25 |
| 68 | 1-25 |
| 69 | 1-11, 21-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                    5

Johnnie Boris: (continued)

| Page | Lines |
|------|-------|
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 74 | 1-22 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-25 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-5, 21-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 1-25 |
| 85 | 1-25 |
| 86 | 1-25 |
| 87 | 1-25 |
| 88 | 1-25 |
| 89 | 1-25 |
| 90 | 1-25 |
| 91 | 1-25 |
| 92 | 1-25 |
| 93 | 1-25 |
| 94 | 1-25 |
| 95 | 1-25 |
| 96 | 1-25 |
| 97 | 1-25 |
| 98 | 1-25 |
| 99 | 1-25 |
| 100 | 1-25 |
| 101 | 1-25 |
| 102 | 1-25 |
| 103 | 1-25 |
| 104 | 1-25 |
| 105 | 1-25 |
| 106 | 1-25 |
| 107 | 1-25 |
| 108 | 1-25 |
| 109 | 1-25 |
| 110 | 1-25 |
| 111 | 1-25 |
| 112 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                      6

| | |
|---|---|
| 113 | 1-25 |
| 114 | 1-25 |
| 115 | 1-25 |
| 116 | 1-25 |
| 117 | 1-25 |
| 118 | 1-25 |
| 119 | 1-25 |
| 120 | 1-25 |
| 121 | 1-23 |
| 124 | 1-25 |
| 125 | 1-25 |
| 126 | 1-25 |
| 127 | 1-25 |
| 128 | 1-25 |
| 129 | 1-25 |
| 130 | 1-25 |
| 131 | 1-25 |
| 132 | 1-25 |
| 133 | 1-25 |
| 134 | 1-25 |
| 135 | 1-25 |
| 136 | 1-25 |
| 137 | 1-25 |
| 138 | 1-25 |
| 139 | 1-25 |
| 140 | 1-25 |
| 141 | 1-25 |
| 142 | 1-25 |
| 143 | 1-25 |
| 144 | 1-25 |
| 145 | 1-25 |
| 146 | 1-6, 25 |
| 147 | 1-25 |
| 148 | 1-25 |
| 149 | 1-25 |
| 150 | 1-25 |
| 151 | 1-25 |
| 152 | 1-25 |
| 153 | 1-25 |
| 154 | 1-25 |
| 155 | 1-25 |
| 156 | 1-25 |
| 157 | 1-25 |
| 158 | 1-25 |
| 159 | 1-22 |

**EEOC'S DEPOSITION DESIGNATIONS**

| | |
|---|---|
| 161 | 1-25 |
| 162 | 1-25 |
| 163 | 1-18 |

**Beth Weir Loomer**

| <u>Page</u> | <u>Lines</u> |
|---|---|
| 4 | 9-25 |
| 5 | 1-25 |
| 6 | 1-25 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-19 |
| 10 | 13-25 |
| 11 | 1-25 |
| 12 | 1-25 |
| 13 | 1-25 |
| 14 | 1-25 |
| 15 | 1-3, 15-25 |
| 16 | 1-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-25 |
| 40 | 1-13, 20-25 |
| 41 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                      8

Beth Weir Loomer: (continued)

| Page | Lines |
|------|-------|
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-25 |
| 45 | 1-18, 25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-5, 16-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-25 |
| 62 | 1-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-25 |
| 66 | 1-25 |
| 67 | 1-25 |
| 68 | 1-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 74 | 1-22 |
| 75 | 5-25 |
| 76 | 1-25 |
| 77 | 1-18, 22-25 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                          9

Beth Weir Loomer: (continued)

| Page | Lines |
|------|-------|
| 85 | 1-25 |
| 86 | 1-25 |
| 87 | 1-25 |
| 88 | 1-25 |
| 89 | 1-11, 17-25 |
| 90 | 1-25 |
| 91 | 1-25 |
| 92 | 1-25 |
| 93 | 1-25 |
| 94 | 1-25 |
| 95 | 1-25 |
| 96 | 1-25 |
| 97 | 1-25 |
| 98 | 1-25 |
| 99 | 1-25 |
| 100 | 1-25 |
| 101 | 1-25 |
| 102 | 1-25 |
| 103 | 1-25 |
| 104 | 1-25 |
| 105 | 1-13, 17-25 |
| 106 | 1-25 |
| 107 | 1-25 |
| 108 | 1-25 |
| 109 | 1-25 |
| 110 | 1-25 |
| 111 | 1-25 |
| 112 | 1-25 |
| 113 | 1-25 |
| 114 | 1-25 |
| 115 | 1-25 |
| 116 | 1-25 |
| 117 | 1-25 |
| 118 | 1-5, 9-25 |
| 119 | 1-25 |
| 120 | 1-25 |
| 121 | 1-23 |
| 124 | 1-25 |
| 125 | 1-25 |
| 126 | 1-25 |
| 127 | 1-25 |

**<u>Lee Nash</u>**

| <u>Page</u> | <u>Lines</u> |
|---|---|
| 4 | 6-25 |
| 5 | 1-25 |
| 6 | 1-25 |
| 7 | 1 |
| 8 | 24-25 |
| 9 | 1-13 |
| 10 | 5-25 |
| 11 | 1-25 |
| 12 | 1-25 |
| 13 | 1-25 |
| 14 | 1-25 |
| 15 | 1-25 |
| 16 | 1-25 |
| 17 | 1-25 |
| 18 | 1-3, 8-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-11, 15-25 |
| 28 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-18, 23-25 |
| 35 | 1-25 |
| 36 | 1-3, 6-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-25 |
| 45 | 1-25 |
| 46 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**

Lee Nash: (continued)

| Page | Lines |
|------|-------|
| 47 | 1-25 |
| 48 | 1-7, 21-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-12 |

**Tyler Yelverton**

| Page | Lines |
|------|-------|
| 5 | 11-25 |
| 6 | 1-25 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 22-25 |
| 11 | 1-8 |
| 17 | 2-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 10-25 |
| 28 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-7, 16-25 |
| 34 | 1-25 |
| 35 | 1-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                        12

Tyler Yelverton: (continued)

| Page | Lines |
|------|-------|
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 5-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-25 |
| 62 | 1-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-25 |
| 66 | 1-25 |
| 67 | 1-25 |
| 68 | 1-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 73 | 1-12, 16-25 |
| 74 | 1-25 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-25 |
| 78 | 1-25 |
| 79 | 1-25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |

**EEOC'S DEPOSITION DESIGNATIONS**                                    13

Tyler Yelverton: (continued)

| Page | Lines |
|------|-------|
| 83 | 1-25 |
| 84 | 1-25 |
| 85 | 1-25 |
| 86 | 1-25 |
| 87 | 1-25 |
| 88 | 1-25 |
| 89 | 1-25 |
| 90 | 1-25 |
| 91 | 1-25 |
| 92 | 1-25 |
| 93 | 1-25 |
| 94 | 1-25 |
| 95 | 1-25 |
| 96 | 1-25 |
| 97 | 1-25 |
| 98 | 1-25 |
| 99 | 1-25 |
| 100 | 1-25 |
| 101 | 1-25 |
| 102 | 1-25 |
| 103 | 1-25 |
| 104 | 1-25 |
| 105 | 1-25 |
| 106 | 1-25 |
| 107 | 1-25 |
| 108 | 1-25 |
| 109 | 1-25 |
| 110 | 1-2 |
| 111 | 25 |
| 112 | 1-18 |

Respectfully submitted,

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas Bar No. 14009470

HEATHER E. NODLER
Trial Attorney
New York Bar No. 5455340

*/s/ Joel Clark*
JOEL CLARK
Trial Attorney
Texas Bar No. 24050425

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Dallas District Office
207 South Houston Street
3rd Floor
Dallas, Texas 75202
Tel No. (214) 253-2743
Fax No. (214) 253-2749

## CERTIFICATE OF SERVICE

This is to certify that on this, the 29th day of March, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system of filing, which will transmit a Notice of the Electronic Filing to Defendant's counsel, an ECF registrant.

*/s/ Joel Clark*
JOEL CLARK

**EEOC'S DEPOSITION DESIGNATIONS**                                                          15