IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 3:17-CV-01582-N |
| v. | § § | |
| ATLAS ENERGY RESOURCES, LLC, | § § | |
| *Defendant.* | § § | |

## AGREED MOTION TO ENTER CONSENT DECREE

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Atlas Energy Resources, LLC (hereinafter collectively referred to as the "Parties"), move the Court to enter the Consent Decree, attached to this motion. (Exh. A). In support of this motion, the parties state that they have agreed to compromise and settle the differences embodied in the Complaint filed by EEOC, and intend that the terms and conditions of the compromise and settlement be set forth in the attached Consent Decree.

WHEREFORE, the Parties request the Court to grant their Agreed Motion to Enter the Consent Decree in this matter.

Dated: April 17, 2019.

Respectfully submitted, Respectfully submitted,

| | |
|---|---|
| */s/ Joel Clark* | */s/ Jeremy W. Hawpe* |
| JOEL CLARK | JEREMY W. HAWPE (Attorney-in-Charge) |
| Senior Trial Attorney | Texas State Bar No. 24046041 |
| Texas State Bar No. 24050425 | jhawpe@littler.com |
| joel.clark@eeoc.gov | VIRGINIA E. MILTON |
| ROBERT A. CANINO | Texas State Bar No. 24079338 |
| Regional Attorney | vmilton@littler.com |
| Oklahoma Bar No. 011782 | |
| robert.canino@eeoc.gov | LITTLER MENDELSON |
| SUZANNE M. ANDERSON | A Professional Corporation |
| Supervisory Trial Attorney | 2001 Ross Avenue |
| Texas Bar No. 14009470 | Suite 1500, Lock Box 116 |
| suzanne.anderson@eeoc.gov | Dallas, TX  75201-2931 |
| | 214.880.8100 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 214.880.0181 (Facsimile) |
| 207 South Houston Street | ATTORNEYS FOR DEFENDANT |
| 3rd Floor | |
| Dallas, TX  75202 | |
| 214.253.2743 | |
| 214.253.2749 (Facsimile) | |